IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,                  )
                                )
          Plaintiff,            )        7:06CV5017
                                )
     v.                         )
                                )
THE WESTERN SUGAR COOPERATIVE   )        ORDER
INC.,                           )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on defendant's motion to extend deadline to disclose its expert witnesses (Filing No. 37). The Court notes plaintiff has no objection thereto. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until June 8, 2007, to disclose expert witnesses.

DATED this 16th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court