## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:06CV5017 |
| | ) | |
| THE WESTERN SUGAR | ) | ORDER |
| COOPERATIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's third motion to extend the expert witness disclosure deadline [52]. The plaintiff objects to a further extension. Having reviewed the parties' written submissions, together with the trial schedule, I find that the defendant should be given a final extension of time to August 15, 2007 to serve expert witness disclosures.

**IT IS ORDERED** that defendant's motion [52] is granted, in part. Defendant is given a final extension of time to **August 15, 2007** to serve expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2). Plaintiff is given until **August 30, 2007** to disclose any rebuttal experts in accordance with paragraph 2 of the Final Progression Order [22].

DATED July 27, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge