## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE KAUFMAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 7:06CV5017 |
| | ) | |
| THE WESTERN SUGAR COOPERATIVE, INC., | ) ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's fourth motion to extend the expert witness disclosure deadline [58]. The court previously granted defendant a final extension of time to August 15, 2007 to serve expert witness disclosures; however, having reviewed the materials submitted with the renewed motion, it appears that the requested extension to August 31, 2007 should be granted.

Upon reconsideration,

**IT IS ORDERED** that defendant's motion [58] is granted. Defendant is given a final extension of time to **August 31, 2007** to serve expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2). Plaintiff is given until **September 14, 2007** to disclose any rebuttal experts in accordance with paragraph 2 of the Final Progression Order [22].

**DATED August 3, 2007.**

              **BY THE COURT:**

              **s/ F.A. Gossett**
              **United States Magistrate Judge**