IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,               )
                             )
              Plaintiff,     )        7:06CV5017
                             )
         v.                  )
                             )
THE WESTERN SUGAR COOPERATIVE )        ORDER
INC.,                        )
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's
statement of appeal (Filing No. 95), appealing the order of the
magistrate judge (Filing No. 87) denying defendant's motion
(Filing No. 84) to take the trial deposition of an expert witness
out of time.  Plaintiff has not responded to defendant's
statement of appeal as the time for response has not expired.
However, the Court notes that no objections were filed by the
plaintiff to defendant's original motion, although that motion
did provide that "counsel for the plaintiff objects to this
motion."  No reasons or basis for this objection was stated.  The
Court finds that in the interests of justice, defendant should be
permitted to preserve Dr. Barbara Widom's testimony for trial.

Considering the circumstances which gave rise to this
problem, the Court finds the appeal should be granted and the
magistrate judge's order should be vacated.  Accordingly,

IT IS ORDERED that the order of the magistrate judge is vacated and set aside; defendant's motion to take the trial deposition of an expert witness out of time (Filing No. 84) is granted.

DATED this 20th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court