IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,              )
                           )
            Plaintiff,     )          7:06CV5017
                           )
        v.                 )
                           )
THE WESTERN SUGAR COOPERATIVE )        ORDER
INC.,                      )
                           )
            Defendant.     )
_____)
```

This matter is before the Court on plaintiff's motion
for leave to file motion for partial summary judgment out of time
(Filing No. 125).  The Court finds said motion should be denied.
Accordingly,

IT IS ORDERED that plaintiff's motion for leave to file
motion for partial summary judgment out of time is denied.

DATED this 15th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court