IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,              )
                           )
            Plaintiff,      )        7:06CV5017
                           )
       v.                   )
                           )
THE WESTERN SUGAR COOPERATIVE )      ORDER
INC.,                       )
                           )
            Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion
for leave to reply to defendant's opposition brief in defendant's
motion in limine (Filing No. 122) and motion for leave to reply
to defendant's opposition brief to defendant's motion in limine
(Filing No. 123).  The Court finds the motions should be granted
and will consider plaintiff's submissions as timely filed.
Accordingly,

IT IS ORDERED that plaintiff's motions for leave to
reply are granted; plaintiff's replies are deemed filed.

DATED this 15th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court