IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,                  )
                                )
          Plaintiff,            )       7:06CV5017
                                )
     v.                         )
                                )
THE WESTERN SUGAR COOPERATIVE   )       ORDER
INC.,                           )
                                )
          Defendant.            )
_____)
```

   This matter is before the Court on defendant's motion in limine (Filing No. 103) which seeks to exclude evidence in four different areas: (1) of any incidents of discrimination more than three hundred days prior to August 30, 2004; (2) testimony or documentation for events or alleged discrimination subsequent to August 30, 2004; (3) preventing plaintiff or any witness from testifying or providing documentation with regard to defendant's financial condition; and (4) preventing plaintiff or any witness from providing documentation with regard to the DUI conviction of John Araujo in 2003.

   The Court has reviewed the motion as well as plaintiff's response and finds as follows:

   IT IS ORDERED:

   1) The requests in Paragraphs 2 and 3 of defendant's motion in limine are denied.

   2) The request in Paragraph 4 is granted.  The Court notes that plaintiff concedes that this evidence is not relevant.

      3) With respect to the matters covered by Paragraph 1, the Court reserves ruling until the time of trial.

      DATED this 15th day of October, 2007.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court