IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,                  )
                                )
          Plaintiff,            )          7:06CV5017
                                )
     v.                         )
                                )
THE WESTERN SUGAR COOPERATIVE   )          ORDER
INC.,                           )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on the motion in limine (Filing No. 88) in which plaintiff requests that the Court enter an order precluding defendant from offering evidence, testimony, argument or in any manner mention or refer to either expressly or implicitly, the EEOC file identified as defendant's Exhibit 101, together with a number of documents identified in the motion which were contained in that file.  Generally, this motion will be granted to the extent that references to the EEOC file or to any determination made by the EEOC shall not be made in the presence of the jury unless, pursuant to a sidebar conference between Court and counsel, the Court permits either some of the documents or some references to the NEOC or EEOC file to be received or discussed.  Accordingly,

IT IS ORDERED that a final ruling on plaintiff's motion in limine (Filing No. 88) is reserved until trial.

DATED this 16th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court