IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5017 |
| | ) | |
| v. | ) | |
| | ) | |
| THE WESTERN SUGAR COOPERATIVE INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion in limine relating to job classifications for day and shift electricians (Filing No. 101). This motion is one which cannot be addressed in the abstract. Accordingly,

IT IS ORDERED that said motion is denied without prejudice.

DATED this 5th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court