IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,                )
                              )
          Plaintiff,          )       7:06CV5017
                              )
     v.                       )
                              )
THE WESTERN SUGAR COOPERATIVE )       ORDER
INC.,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion in limine regarding defendant's use of "employer prepared analyses or summaries" (Filing No. 90). The Court has reviewed the motion and the accompanying briefs and finds that plaintiff's motion should be denied. However, it is imperative that when this evidence is presented, the appropriate foundation is laid. If it is a summary of other documents, the documents which constitute the basis for the summary must be available for examination by plaintiff's counsel.

Also before the Court is plaintiff's motion in limine (Filing No. 92) regarding references by Dr. Widom to outside studies, opinions and reviews. The Court has reviewed the briefs of both parties and the deposition of Dr. Widom has been furnished to the Court. These objections as they may be preserved in the deposition will be ruled on in a separate order following the Court's review of Dr. Widom's deposition. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion in limine (Filing No. 90) is denied without prejudice.

2) Ruling on plaintiff's motion in limine (Filing No. 92) is reserved pending the Court's review of Dr. Widom's deposition.

DATED this 5th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court