IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEVE KAUFMAN,                  )
                                )
            Plaintiff,          )       7:06CV5017
                                )
      v.                        )
                                )
THE WESTERN SUGAR COOPERATIVE   )       ORDER
INC.,                           )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 176).  Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 4th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court